

LISA J. RODRIGUEZ, NEW JERSEY MANAGING PARTNER
WOODLAND FALLS CORPORATE PARK
220 LAKE DRIVE EAST  SUITE 200  CHERRY HILL, NJ 08002-1165
856.482.5222  FAX 856.482.6980  schnader.com

LISA J. RODRIGUEZ
856- 482-5741 - Direct Dial
856- 482-2578 - Direct Fax
E-mail: ljrodriguez@schnader.com

July 3, 2018

**VIA ECF**

Honorable Kevin McNulty, U.S.D.J.
United States District Court for the
District of New Jersey
Frank R. Lautenberg Courthouse
1 Federal Square, Room 443
Newark, New Jersey 07102

> **Re:** *Indecs Corp. and Wirerope Works, Inc. v. Claim Doc, LLC*
> **Civil Action No. 2:16-cv-4421 (KM-JBC)**

Dear Judge McNulty:

I write to request a one week extension to file Defendant's Reply in Support of its Motion to file an Amended Counterclaim. Under the present schedule, it is due on Monday, July 9, 2018. We are requesting an extension until Monday, July 16, 2018.

Counsel for Plaintiffs has consented to this request.

Respectfully yours,

*/s/ Lisa J. Rodriguez*

For SCHNADER HARRISON SEGAL & LEWIS LLP

LJR/mpw

SO ORDERED

Kevin McNulty, **U.S.D.J.**

Date: 7/5/2018