# BOCHETTO & LENTZ

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

1524 LOCUST STREET

PHILADELPHIA, PA  19102

----

TELEPHONE:  (215) 735-3900

TELECOPIER:  (215) 735-2455

----

FIRM WEB SITE:

bochettoandlentz.com

E-MAIL ADDRESS:

joconnell@bochettoandlentz.com

GEORGE BOCHETTO†^
GAVIN P. LENTZ*
JEFFREY W. OGREN*
DAVID P. HEIM*
VINCENT van LAAR*
BRYAN R. LENTZ*
JOHN A. O'CONNELL*
PETER R. BRYANT*
ANTON KAMINSKY*
DANIELLE CHILDS
KIERSTY DeGROOTE▪

-------

ALBERT M. BELMONT, III*
 *OF COUNSEL*

-------

MARIA TROUT
JANINE BAKER
JOANNE GUARALDO
MARGARET E.  KAMINS
VANJA MORACA
JIM STEPHENS
TUESDAY WOLF
SUSAN FLAHERTY
 *PARALEGALS*

PRACTICE DEDICATED TO LITIGATION
AND NEGOTIATION MATTERS

NEW JERSEY OFFICE

-------

6000 SAGEMORE DRIVE, SUITE 6301

MARLTON, NJ  08053-3900

TELEPHONE: (856) 722-9595

TELECOPIER:  (856) 722-5511

-------

\* ADMITTED TO NEW JERSEY BAR

† ADMITTED TO NEW YORK BAR

▪ ADMITTED TO VIRGINIA BAR

^ ADMITTED TO D.C. BAR

May 16, 2019

**<u>Via ECF</u>**
Hon. James B. Clark, III, U.S.M.J.
U.S. Courthouse
2 Federal Square, Room 369
Newark, NJ 07101

  Re: **INDECS Corp., et al. v. Claim Doc, LLC**
    **<u>Docket No. 16-4421</u>**

Dear Judge Clark:

  I write in response to the Defendant's letter of May 15, 2019.

  It was Plaintiffs' understanding that the settlement reached on January 8, 2019, would result in the full release of Wirerope Works from this matter and the release of all fee-for-service claims (Counts I and II) against INDECS.

        Respectfully submitted,

        **BOCHETTO & LENTZ, P.C.**

    By: */s/ John A. O'Connell, Esq.*
      John A. O'Connell, Esq.

CC: Lisa Rodriguez, Esq.
Courtney Devon Taylor, Esq.